

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EJK:MCM
F.#2012R00332

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 29, 2012

**By ECF and Hand Delivery**

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:  United States v. Terrence Brooks
           Criminal Docket No. 08-591 (ILG)

Dear Judge Glasser:

     As the Court is aware, a violation of supervised release hearing is scheduled in the above-referenced matter on July 10, 2012 at 10:30 a.m.  At the hearing, the government had intended to call Police Officer Joel Rosenthal, the officer who arrested the defendant.  However, Officer Rosenthal informed the government yesterday that he has already been scheduled to appear as a witness in a state court trial on July 10, 2012.  While the government is prepared to go forward with the hearing on July 10 with a witness who can provide hearsay testimony regarding Officer Rosenthal's observations, the government would prefer to provide the Court with Officer Rosenthal's first-hand testimony.  Thus, the government respectfully requests that the Court

postpone the hearing until the following week or another date that is convenient for the Court.  I have contacted defense counsel and she has stated that she has no objection to this request.

                          Respectfully submitted,

                          LORETTA E. LYNCH
                          United States Attorney

           By:   /s/ Maria Cruz Melendez
                Maria Cruz Melendez
                Assistant United States Attorney
                (718) 254-6408

cc:  Heidi Cesare, Federal Defenders of New York (by ECF)
    Karen Hill, U.S. Probation Officer (by email)