

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EJK:MCM
F.#2012R00332

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 9, 2012

**By Electronic Mail and ECF**
Heidi Cesare, Esq.
Federal Defenders of New York, Inc.
1 Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

> Re:  United States v. Terrence Brooks
>      Criminal Docket No. 08-591 (ILG)

Dear Ms. Cesare:

    Please find enclosed with this letter the following documents in connection with the above-referenced matter.  Please also consider this letter to be the government's request for reciprocal discovery.

    The government includes a copy of each of the following: the Arrest Report, Bates numbered TB000001 - TB000003; the Complaint Report, Bates Numbered TB000004 - TB000005; Property Clerk Invoices, Bates numbered TB000006 - TB000026; the Prisoner Pedigree Card, Bates numbered TB000027; and the Criminal Complaint, Bates numbered TB000029 - TB000030.

    Also included is the report reflecting the positive result obtained from a field test of marijuana found in the defendant's possession at the time of his arrest on December 17, 2011, Bates numbered TB000028.

    The government is not aware of any exculpatory material regarding the defendant.  The government understands and will comply with its continuing obligation to produce exculpatory material as defined by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny.

    Pursuant to Federal Rule of Criminal Procedure 26.2, included are notes related to the defendant taken by Officer Claressa Prior and Officer Crystal Horne, Bates numbered TB000031 - TB000033 and TB000034 - TB000035 respectively.

The government is not aware of any impeachment materials.  See Giglio v. United States, 405 U.S. 150 (1972).

The government will provide any additional relevant materials to the defendant as they become available.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney
        Eastern District of New York

By:  /s/ Maria Cruz Melendez
     Maria Cruz Melendez
     Assistant U.S. Attorney
     (718) 254-6408

Enclosures

cc: Clerk of Court (ILG)(by ECF & without enclosures)